## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:15-CR-21 |
| | ) | |
| JAMES DAVID RAY, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant James David Ray (DE #9) filed on February 20, 2015. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant James David Ray, and **FINDS** the Defendant guilty of Count 1 of the Information.

Sentencing is **SET** in this matter for **May 27, 2015, at 1:00 p.m.** before this Court.

**DATED:** March 30, 2015           /s/ RUDY LOZANO, Judge
                                    **United States District Court**